Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hawaii Island Air, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA Island Air |
| 3. | Debtor's federal Employer Identification Number (EIN) | 99-0198708 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 550 Paiea Street<br>Suite 236<br>Honolulu, HI 96819<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Honolulu<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   www.islandair.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  Hawaii Island Air, Inc.                                    Case number (if known)
        Name

7. Describe debtor's business  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __4811__

8. Under which chapter of the Bankruptcy Code is the debtor filing?
   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   - ☒ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   | District | When | Case number |
   | District | When | Case number |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    | Debtor | | Relationship |
    | District | When | Case number, if known |

Debtor    Hawaii Island Air, Inc.                                                                Case number (if known)
          Name

11. Why is the case filed in       Check all that apply:
    this district?
                                   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                     preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or         ☒ No
    have possession of any
    real property or personal      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    property that needs
    immediate attention?                   Why does the property need immediate attention? (Check all that apply.)

                                           ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                               What is the hazard? _____

                                           ☐ It needs to be physically secured or protected from the weather.

                                           ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                           ☐ Other _____

                                           Where is the property? _____
                                                                    Number, Street, City, State & ZIP Code

                                           Is the property insured?
                                           ☐ No
                                           ☐ Yes.   Insurance agency _____
                                                    Contact name    _____
                                                    Phone           _____

### Statistical and administrative information

13. Debtor's estimation of         Check one:
    available funds
                                   ☒ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of   ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
    creditors             ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                          ☐ 100-199           ☐ 10,001-25,000         ☐ More than 100,000
                          ☒ 200-999

15. Estimated Assets      ☐ $0 - $50,000                ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000          ☒ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

16. Estimated liabilities ☐ $0 - $50,000                ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000          ☒ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  Hawaii Island Air, Inc.                                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  10/16/2017
                 MM / DD / YYYY

    X _____       David Uchiyama
    Signature of authorized representative of debtor    Printed name

    Title  Chief Executive Officer

18. **Signature of attorney**

    X _____       Date  OCT 16 2017
    Signature of attorney for debtor                MM / DD / YYYY

    Ted N. Pettit
    Printed name

    Case Lombardi & Pettit, a Law Corporation
    Firm name

    737 Bishop Street, Suite 2600
    Honolulu, HI 96813
    Number, Street, City, State & ZIP Code

    Contact phone  (808) 547-5400     Email address  tpettit@caselombardi.com

    4287
    Bar number and State

**Fill in this information to identify the case:**

Debtor name: Hawaii Island Air, Inc.

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2017    X _____
Signature of individual signing on behalf of debtor

David Uchiyama
Printed name

Chief Executive Officer
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Hawaii Island Air, Inc.
United States Bankruptcy Court for the: DISTRICT OF HAWAII
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AERO PRECISION REPAIR & OVERHAUL CO<br>580 S. MILITARY TRAIL<br>Deerfield Beach, FL 33442 | | | | | | $60,851.67 |
| AIRLINES COMMITTEE OF HAWAII INC.<br>300 RODGERS BLVD #62<br>Honolulu, HI 96819-1832 | | | | | | $160,674.04 |
| AMADEUS REVENUE INTEGRITY<br>C/O AMADEUS NORTH AMERICA<br>3470 NW 82ND AVE, 10TH FL<br>Miami, FL 33122 | | | | | | $172,367.30 |
| ARTHUR J GALLAGHER RISK MGMT SVC IN<br>PO BOX 742205<br>Los Angeles, CA 90074-2205 | | | | | | $423,383.86 |
| AVIALL SERVICES INC<br>PO BOX 842267<br>Dallas, TX 75284-2267 | | | | | | $93,787.03 |

| Debtor | Hawaii Island Air, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOMBARDIER AIRCRAFT SERVICES<br>LOCKBOX 2007 COLLECTION DRIVE<br>Chicago, IL 60693-2007 | | | | | | $703,281.29 |
| CALIFORNIA BANK AND TRUST<br>PO BOX 19878<br>San Diego, CA 92159 | | | | | | $89,726.91 |
| DEPARTMENT OF TRANSPORTATION AIRPORT DIVISION<br>400 RODGERS BLVD, SUITE 700<br>Honolulu, HI 96819-1880 | | | | | | $1,508,565.60 |
| FLIGHTSAFETY INTERNATIONAL INC.<br>PO BOX 75691<br>Charlotte, NC 28275 | | | | | | $71,486.84 |
| HAWAII FUELING FACILITIES CORP<br>C/O SIGNATURE FLIGHT SUPPORT<br>7240 HAYVENHURST PLACE<br>Van Nuys, CA 91406 | | | | | | $92,346.06 |
| HOLLAND & KNIGHT LLP<br>PO BOX 864084<br>Orlando, FL 32886-4084 | | | | | | $197,691.42 |
| HP ENTERPRISE SERVICES, LLC<br>PO BOX 281935<br>Atlanta, GA 30384-1935 | | | | | | $224,676.79 |
| IHEARTMEDIA<br>FILE 56107<br>Los Angeles, CA 90074-6107 | | | | | | $50,090.64 |
| READY JET INC.<br>1 WARREN STREET<br>Johnstown, NY 12095 | | | | | | $82,993.90 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| REGIONAL ONE, INC. CL 600085 PO BOX 24620 West Palm Beach, FL 33416 | | | | | | $57,030.00 |
| SABRE, INC. 7285 COLLECTION CENTER DRIVE Chicago, IL 60693 | | | | | | $97,428.05 |
| SAS SERVICES GROUP INC. PO BOX 79632 City of Industry, CA 91716-9632 | | | | | | $108,048.56 |
| SOUTHERN CROSS AVIATION, INC. 11120 NW MOORES VALLEY RD Yamhill, OR 97148-8011 | | | | | | $51,800.00 |
| SPECTRUM REACH CHARTER COMMUNICATION HOLDINGS, LLC PO BOX 101365 Pasadena, CA 91189-0005 | | | | | | $136,714.99 |
| WELLS FARGO BANK NORTHWEST, N.A. 299 SOUTH MAIN ST, 5TH FLR MAC: 1228-051 Salt Lake City, UT 84111 | | | Disputed | | | |

# United States Bankruptcy Court
## District of Hawaii

In re   Hawaii Island Air, Inc.
                                    Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

ADDRESSES FOR CREDITORS TO FOLLOW.

Date: 10/16/2017

David Uchiyama/Chief Executive Officer
Signer/Title

AERO PRECISION REPAIR & OVERHAUL CO
580 S. MILITARY TRAIL
Deerfield Beach, FL 33442


AIRLINES COMMITTEE OF HAWAII INC.
300 RODGERS BLVD #62
Honolulu, HI 96819-1832


AMADEUS REVENUE INTEGRITY
C/O AMADEUS NORTH AMERICA
3470 NW 82ND AVE, 10TH FL
Miami, FL 33122


ARTHUR J GALLAGHER RISK MGMT SVC IN
PO BOX 742205
Los Angeles, CA 90074-2205


AVIALL SERVICES INC
PO BOX 842267
Dallas, TX 75284-2267


BOMBARDIER AIRCRAFT SERVICES
LOCKBOX 2007 COLLECTION DRIVE
Chicago, IL 60693-2007


CALIFORNIA BANK AND TRUST
PO BOX 19878
San Diego, CA 92159


CARBONVIEW LIMITED, LLC
101 Ignacio Valley Road, Ste. 320
Walnut Creek, CA 94596


DAVID UCHIYAMA
268 Elelupe Road
Honolulu, HI 96821

Department of Taxation
State of HI, Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259


DEPARTMENT OF TRANSPORTATION
AIRPORT DIVISION
400 RODGERS BLVD, SUITE 700
Honolulu, HI 96819-1880


ELIX ASSETS 8 LIMITED
SECOND FLOOR, 12/13 EXCHANGE PLACE
CUSTOMER HOUSE DOCKS, IFSC
DUBLIN 1, IRELAND


FLIGHTSAFETY INTERNATIONAL INC.
PO BOX 75691
Charlotte, NC 28275


H.I.S.


HAWAII FUELING FACILITIES CORP
C/O SIGNATURE FLIGHT SUPPORT
7240 HAYVENHURST PLACE
Van Nuys, CA 91406


HOLLAND & KNIGHT LLP
PO BOX 864084
Orlando, FL 32886-4084


HP ENTERPRISE SERVICES, LLC
PO BOX 281935
Atlanta, GA 30384-1935


IHEARTMEDIA
FILE 56107
Los Angeles, CA 90074-6107

Interal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


MALAMA INVESTMENTS, LLC
820 Mililani St, Ste. 600
Honolulu, HI 96813


OHANA AIRLINE HOLDINGS, LLC
101 Ygnacio Valley Rd, Ste. 320
Walnut Creek, CA 94596


PACAP AVIATION FINANCE LLC
820 Mililani St. Ste. 600
Honolulu, HI 96813


PANDA TRAVEL INC
1017 KAPAHULU AVENUE
Merizo, GU 96916


PANDA TRAVEL INC.
1017 KAPAHULU AVENUE
Honolulu, HI 96816


PAUL MARINELLI
101 Ignacio Valley Road, Ste. 320
Walnut Creek, CA 94596


READY JET INC.
1 WARREN STREET
Johnstown, NY 12095


REGIONAL ONE, INC.
CL 600085
PO BOX 24620
West Palm Beach, FL 33416

RESIDENCE INN BY MARRIOTT
16201 WEST VALLEY HIGHWAY
Seattle, WA 98188


SABRE, INC.
7285 COLLECTION CENTER DRIVE
Chicago, IL 60693


SAS SERVICES GROUP INC.
PO BOX 79632
City of Industry, CA 91716-9632


SNOWBIZ


SOUTHERN CROSS AVIATION, INC.
11120 NW MOORES VALLEY RD
Yamhill, OR 97148-8011


SPECTRUM REACH
CHARTER COMMUNICATION HOLDINGS, LLC
PO BOX 101365
Pasadena, CA 91189-0005


STEVEN B. MAINS, ESQ.
MAINS & BLOOM PB
267 LOCUST AVE, STE. A
San Rafael, CA 94901


SYNOVUS BANK dba COLUMBUS
BANK & TRUST COMPANY


TSYS fka TRANSFIRST
12202 Airport Blvd, Ste. 100
Broomfield, CO 80021

```
WELLS FARGO BANK NORTHWEST, N.A.
299 SOUTH MAIN ST, 5TH FLR
MAC: 1228-051
Salt Lake City, UT 84111
```

| Vend | Vend Name |
|---|---|
| Run Date: | 10/16/2017 |
| | **ADDRESSES FOR EACH CREDITOR TO FOLLOW:** |
| W1152 | DEPARTMENT OF TRANSPORTATION |
| BOM 1007 | BOMBARDIER AIRCRAFT SERVICES |
| ART 2482 | ARTHUR J GALLAGHER RISK MGMT SVC INC. |
| HP 0915 | HP ENTERPRISE SERVICES, LLC |
| W4092 | HOLLAND & KNIGHT LLP |
| W4116 | AMADEUS REVENUE INTEGRITY |
| W2847 | AIRLINES COMMITTEE OF HAWAII, Inc |
| OCE 0316 | SPECTRUM REACH |
| SAS 1016 | SAS SERVICES GROUP INC. |
| W4109 | SABRE, INC. |
| W1040 | AVIALL SERVICES INC |
| W4051 | HAWAII FUELING FACILITIES CORP |
| CBT 3081 | CALIFORNIA BANK AND TRUST |
| REA 0713 | READY JET INC. |
| W2360 | FLIGHTSAFETY INTERNATIONAL INC. |
| AER 0974 | AERO PRECISION REPAIR & OVERHAUL CO. |
| REG 0408 | REGIONAL ONE, INC. |
| W4004 | SOUTHERN CROSS AVIATION, INC. |
| HEA 0816 | IHEARTMEDIA |
| RES 1410 | RESIDENCE INN BY MARRIOTT |
| W2506 | PANDA TRAVEL INC |
| W2706 | WILKERSON CO, INC |
| W3007 | CEVA FREIGHT LLC |
| STA 1213 | STANDARD REGISTER |
| ILI 0316 | ILIMA TOURS & TRANSPORTATION |
| KGM 0314 | KGMB |
| MENAIR 91 | MENTAIR GROUP PRO LLC |
| PAC 1116 | PACAP MANAGEMENT SOLUTIONS, LLC |
| TIM 1005 | LEVEL (3) COMMUNICATIONS |
| PACAI 1216 | PACIFICAP MANAGEMENT, INC. |
| W1250 | FEDEX |
| W2942 | SIGNATURE FLIGHT SUPPORT |
| DEL 0416 | DELAWARE SECRETARY OF STATE |
| REV 0315 | REVENUE MANAGEMENT SYSTEMS, INC. |
| ATR 0712 | ATR AMERICAS, INC. |
| PRI 0113 | HAWAII PRINCE HOTEL WAIKIKI & GOLF CLUB |
| HOG 0617 | HOGAN LOVELLS US LLP |
| COM 0705 | COMMUNICATIONS PACIFIC, INC. |
| W2381 | ISLAND MAID, INC. |
| AER 0212 | AERO SPECIALTIES, INC. |
| PRA 0205 | PRATT & WHITNEY COMPONENT SOLUTION, INC. |
| KAY 0516 | KAYAK SOFTWARE CORP. |
| RHE 0516 | RHEINLAND AIR SERVICE GMBH |
| FOU 0209 | FOUR SEASONS RESORTS |
| PLU 0716 | I PLUS CONNECT |
| TGD 347 | Travelport Global Distribution |
| W2832 | STERLING COURIER SYSTEMS |
| KIY 1016 | LES KIYUNA |
| XCE 0617 | XCED AVIATION SERIVCES |
| OMN 1213 | OMNIDATA SERVICES GROUP LLC |
| DAS 0817 | DASI LLC |
| THA 0913 | THALES AVIONICS, INC. |
| PUL 0514 | PULAMA LANAI |
| PRI 0716 | PRICELINE.COM |
| COR 0614 | 7132328 CANADA LTD |
| FED 0817 | FEDERAL AVITION ADMINISTRATION |
| PACMG 141 | PACIFIC MEDIA GROUP |
| W1396 | JEPPESEN SANDERSON, INC. |
| W1016 | AIRLINE PILOTS ASSOCIATION |
| PWC 0715 | PACIFIC WIRELESS COMMUNICATIONS, LLC |

| Code | Name |
|---|---|
| SUM 1013 | SUMMIT MEDIA LLC |
| KHNL | KHNL |
| UA 0406 | UNITED AIRLINES |
| NAV 0615 | NAVBLUE INC. |
| UNI 0177 | UNICAL AVIATION, INC. |
| W2877 | COLBURN, CHRIS |
| AIR 0705 | AIR SERVICE HAWAII, INC. |
| ZOD TX | ZODIAC AIRCATERING EQUIPMENT |
| KONG 1411 | KONG RADIO GROUP |
| W4093 | AIRLINES REPORTING CORPORATION |
| MET 0116 | METLIFE - GROUP BENEFITS |
| VBAERO 08 | VIC BEDROSSIAN AERO, INC. |
| W3004 | HAWAII TEAMSTERS LOCAL 996 |
| CAS 0917 | CASE LOMBARDI & PETTIT A LAW CORPORATION |
| CAV 0817 | CAVOK |
| ESP 1216 | EVENT SERVICES & PRODUCTIONS HAWAII, LLC |
| UP 1016 | UPSPRING MEDIA |
| AD 0616 | ADROLL, INC. |
| TOS 1115 | TOSHIBA FINANCIAL SERVICES |
| AVI 0816 | AVIATION INTERTEC SERVICES |
| KE 1016 | KE ENTERPRISE, LLC |
| NEW 0516 | NEW WEST BROADCASTING CORP. |
| EAN 0115 | EAN SERVICES, LLC |
| INN 5296 | INNOVATIVE AIRCRAFT SOLUTIONS, INC. |
| TUN 1115 | TUNISTA SERVICES, LLC |
| OH 3292 | TRACEY OH |
| VERI 0209 | VERIZON WIRELESS |
| W2263 | KELL-STROM TOOL CO INC |
| CIN 0510 | CINTAS CORPORATION NO 2 |
| HMS 0705 | HMS HOST |
| KUM 0617 | KUMABE HR |
| WON 0616 | BEN WONG LLC |
| AIR 0614 | AIRCRAFT TRADING INC. |
| BAR 0105 | BARFIELD INC. |
| ROC 1213 | ROCKWELL COLLINS, INC. |
| SHA 0515 | SHAN HIRAOKA LLC |
| UNI 0206 | UNIVERSAL AVIONICS SYSTEMS CORP. |
| AIR 1012 | AIRMAX SYSTEM INC. |
| DOC 0917 | DOCUSIGN INC. |
| KUM 1213 | OHANA BROADCAST CO, LLC |
| IATA | IATA |
| RES 0816 | RESONATE HAWAII LLC |
| AER 0513 | AERODATA |
| HAW 0716 | HAWAIIAN NETWORK, INC. |
| TOR 0517 | TORRINGTON DISTRIBUTORS |
| OHA 1016 | ALISON K OHAMA |
| W2604 | DASH GROUP INC |
| W2424 | KO'OLAU AVIATION SERVICES, INC |
| GET 0916 | GETREAL TECHNOLOGY SOLUTIONS, LLC |
| REG 0505 | REGIONAL AIRLINE SUPPORT GROUP |
| EAG 0713 | EAGLE TUGS LLC |
| W2266 | HERBER AIRCRAFT SERVICE INC |
| DEL 0505 | DELL MARKETING L.P. |
| INN 0410 | INNODYNE SYSTEMS, INC. |
| HAW 0217 | HAWAIIAN EXPEDITERS |
| HAW 1111 | HAWAIIAN ISLES PETROLEUM, LLC. |
| WES 0217 | WEST OAHU AGGREGATE CO, INC. |
| SOF 0217 | SOFTLINE SOLUTIONS LLC |
| CEN 0105 | CENTERPLATE |
| W2576 | TOSHIBA BUSINESS SOLUTIONS |
| W2327 | GARSITE/PROGRESS LLC |
| ACC 0514 | ACCESS INFORMATION PROTECTED |
| W2622 | WSI CORPORATION |
| W1506 | AIRGAS USA, LLC |

| Code | Name |
|---|---|
| W2010 | GBC BOXES & PACKAGING |
| ID90T | ID90T, Inc. |
| HAW 5775 | HAWAII MODULAR SPACE |
| OLY 1216 | OLYMPUS FINANCIAL SERVICES |
| W1554 | OAHU AIR CONDITIONING, INC. |
| W1323 | GRAINGER |
| INV 0317 | INVENTORY LOCATOR SVC LLC |
| HOL 0817 | HOLMSTROM, JAY |
| LEW 0817 | LEWIS, DEVERSON |
| W1355 | HAWAII STATIONERY CO., LTD. |
| W1766 | AIRPORT HONOLULU HOTEL |
| FIS 0206 | FISHER HAWAII |
| AME 0917 | AMERICAN SOLUTIONS FOR BUSINESS |
| PIE AVI | PIEDMONT AVIATION COMPONENT |
| KAP 0317 | KAPONO PMPAH NA'ILI'ILI |
| SUN 0613 | SUNSHINE AVIONICS LLC |
| W2921 | HRD AERO SYSTEMS INC |
| W2901 | MIDWEST AERO SUPPORT INC |
| APP 1216 | APPLE FINANCIAL SERVICES |
| CEN 0107 | CENTRAL PACIFIC REBUILDERS |
| GM 0716 | GM DELIVERY SERVICES LLC |
| AVI 0812 | AVIATION INVENTORY RESOURCES |
| KAM 0317 | KAMA'AINA, LLC |
| W4147 | AMPCO EXPRESS |
| W4108 | AIRLINE TARIFF PUBLISHING CO. |
| STA 1013 | STARLINE SYSTEMS, INC. |
| KALIMA 14 | KA LIMA O MAUI |
| W1320 | GOLDWINGS SUPPLY SERVICE, INC. |
| BL 5572 | BL TIRES |
| W1304 | HAWAII GAS |
| W4001 | FASTENAL |
| W1019 | GENUINE PARTS CO. |
| HAW 0817 | HAWAII550 LLC |
| W2524 | SAFETY SYSTEMS & SIGNS HAWAII, INC. |
| W1119 | CENTERSCALE |
| W2704 | GOODRICH CORPORATION |
| YAG 8420 | YAGODICH, FRANK |
| FLY 0617 | FLY AIR LLC |
| HAWN 0210 | HAWAIIAN TELCOM |
| W2939 | WENCOR ACCOUNTS RECEIVABLE |
| BBB 0705 | BETTER BUSINESS BUREAU OF HAWAII INC |
| LUF 9384 | Lufthansa Systems AG |
| W2205 | HONEYWELL INTERNATIONAL INC. |
| MAR 0508 | MARR JONES & WANG A LIMITED LIA LAW PART |
| W2597 | PARKER HANNIFIN CORPORATION |
| W2340 | MR SANDMAN INC |
| BES 0311 | BEST WESTERN THE PLAZA HOTEL |
| W2039 | ROBERT'S HAWAII TOURS |
| W2733 | TRANSPORT WORKERS UNION OF AMERICA |
| TRA 0216 | TRANSPACIFIC ASSOCIATES, INC. |
| HNL | HONOLULU INT'L AIRPORT |
| PIT 1205 | PITNEY BOWES |
| ASI 0705 | SIGNATURE FLIGHT SUPPORT |
| W4034 | MEDAIRE, INC. |
| RHO 1116 | SUSAN RHODES |
| AIR 1216 | AIRSPACE TECHNOLOGIES |
| AD 0516 | ADSWERVE, INC. |
| CIT 0713 | CITIBANK NA |
| W1746 | SMARTGRAPHICS |
| W2135 | ULINE |
| FED 1114 | FEDEX FREIGHT |
| W2009 | RD TECHNOLOGY OF HAWAII |
| KLX 9172 | KLX, INC. |
| CUT 0316 | A CUT ABOVE UNIFORMS CORP. |

| Code | Name |
|---|---|
| CBTAXI 11 | CB TAXI |
| AFL 0205 | AFLAC |
| WBA 0514 | WBAT FOR AVIATION SAFETY, INC. |
| W1373 | HYDRA AIR PACIFIC, INC. |
| ALA 1016 | ALAKA'I MECHANICAL CORP. |
| DIAZ | DIAZ, ERNESTO |
| NADILO | NADILO, DAVID |
| KAU 0816 | KAUAI BAGGAGE SERVICE, LLC |
| W2667 | MALOLO BEVERAGES & SUPPLIES |
| COR 0313 | CORODATA RECORDS MANAGEMENT, INC. |
| UNI 0105 | UNITEK SOLVENT SVC INC. |
| REF 1115 | REFERENTIA SYSTEMS INC. |
| COU 0113 | COURTYARD BY MARRIOTT |
| TAS 0211 | TASC - CLIENT INVOICES |
| W2819 | LABELMASTER |
| W2729 | CHEMSEARCH |
| AU 1015 | AU'S EXTINGUISHER SERVICE, INC. |
| W2369 | AMPCO SYSTEM PARKING |
| ARC 0417 | ARC DOCUMENT SOLUTIONS, LLC |
| MEA 0106 | HAWAII DEPT OF AGRICULTURE |
| PHS 0214 | PURE HEALTH SOLUTIONS INC. |
| W2062 | CITY AND COUNTY OF HONOLULU |
| W2730 | BEI HAWAII |
| W2825 | SPEEDISHUTTLE, LLC |
| INN 0209 | INNER WORKINGS, INC. |
| OH 1016 | OH YOUNG, WENDY |
| OGG | KAHULUI AIRPORT |
| GAL 0615 | BONNIE GALUTERIA |
| PRE 0613 | PREMIUM INCORPORATED |
| GTF | GREAT FALLS INTERNATIONAL AIRPORT |
| UCH 0316 | UCHIYAMA, DAVID |
| LAB 0305 | LA BELLA TAXI |
| W2985 | ORKIN |
| POWELL | POWELL, HUGH |
| WESW 101 | WESTERN SLOPE WATER |
| CAL0106 | CALIFORNIA WING SPECIALTIES |
| W2207 | KENT'S KEYS |
| RRI 0112 | R&R INDUSTRIES, INC. |
| W2945 | PITNEY BOWES GLOBAL FINANCIAL |
| AVM 0311 | AVMAX AVIATION SERVICES INC. |
| AU 1216 | JEFFREY AU |
| INFINI 1503 | Infini Travel Information INC |
| TAMANAHA | TAMANAHA, JODI |
| PHX | PHOENIX SKY HARBOR INT'L AIRPORT |
| SYLVIE | SYLVIE, ASHELY |
| YAB 0917 | YABSLEY, LYDIA |
| HER | HER, XIONG |
| MT 0515 | MT CAPETOWN SERVICE LLC |
| KRASNOFF | KRASNOFF, PAUL |
| MAH 0917 | MAHALO TAXI |
| COM 0817 | COMPASS AIRLINES |
| GOJ 0517 | GOJET AIRLINES |
| REP 0917 | REPUBLIC AIRLINES |
| B&B 0213 | B&B MARKETING ENTERPRISES, LLLP |
| SEA | SEATTLE TACOMA INT'L AIRPORT |
| OCE 0114 | SPECTRUM BUSINESS |
| MIL 1017 | MILES, CHELSEA |
| W3005 | SIGNATURE CAB HOLDINGS, INC. |
| HAW 0505 | HAWAII SPRING SUPPLY |
| W2118 | TORI RICHARD, LTD. |
| ANC | ANCHORAGE INT'L AIRPORT |
| LAX | LOS ANGELES INT'L AIRPORT |
| LIH | LIHUE AIRPORT |
| AQ 1008 | ALOHA AIR CARGO |

| Code | Name |
|---|---|
| OMNET | OMNET, JOCELYN |
| KOA | KONA INT'L AT KEAHOLE AIRPORT |
| PLEETER | PLEETER, JACOB |
| ALO 0305 | ALOHA WATER CO |
| UED 0816 | UEDA, KAZUNAGA |
| KEE 1017 | KEE, BARBARA |
| DFW | DALLAS-FT WORTH INT'L AIRPORT |
| CLI 0607 | CLINICAL LABORATORIES OF HI, LLP |
| MAT 1205 | ALCOS, TRACY |
| TIQ 0212 | TIQUI, SACHIYO |
| SIT 0905 | SITA USA INC. |
| ASA 0716 | ASANO, RACHEL |
| COL 0317 | COLOMA, SHANAY |
| DAV 0816 | DAVIDSON, THERESA |
| LEW 0716 | LEWIS, KAHEALANI |
| VEA 0917 | VEA, CHELSIE |
| SJC | Mineta San Jose Int'l Airport |
| SAN | SAN DIEGO INT'L-LINDBERGH AIRPORT |
| GJT | Grand Junction Regional Airport |
| AUS | Austin-Bergstrom International Airport |
| CMH | PORT COLUMBUS INT'L AIRPORT |
| LAS | McCARRAN INT'L AIRPORT |
| PDX | PORTLAND INT'L AIRPORT |
| DTW | DETROIT METROPOLITAN AIRPORT |
| CLT | CHARLOTTE/DOUGLAS INT'L AIRPORT |
| BDL | BRADLEY INT'L AIRPORT |
| EUG | Mahlon Sweet Field |
| JAX | JACKSONVILLE INT'L AIRPORT |
| MHT | MANCHESTER AIRPORT |
| SAT | SAN ANTONIO INT'L AIRPORT |
| CHO | Charlottesville Int'l Airport |
| MSN | Dane County-Truax Field |
| RIC | RICHMOND INT'L-BYRD FIELD |
| BIL | BILLINGS LOGAN INT'L AIRPORT |
| ABQ | Albuquerque International Sunport |
| BZN | BOZEMAN YELLOWSTON INT'L AIRPORT |
| MSL | NORTHWEST ALABAMA REGIONAL AIRPORT |
| MSY | NEW ORLEANS INT'L AIRPORT |
| BMI | BLOOMINGTON REGIONAL AIRPORT |
| CRW | Charleston Int'l Airport |
| TUP | TUPELO REGIONAL AIRPORT |
| GLH | GREENVILLE AIRPORT |
| GNV | GAINESVILLE REGIONAL AIRPORT ADMIN. |
| PIB | HATTIESBURG-LAUREL REGIONAL AIRPORT |
| lwb | GREENBRIER VALLEY AIRPORT |
| MEI | KEY FIELD AIRPORT |
| RFC 0514 | RFC WIRELESS |

ADDRESSES FOR EACH CREDITOR TO FOLLOW: