CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT                          4287-0
Email: tpettit@caselombardi.com
ELLEN A. SWICK                        10514-0
Email: eswick@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for
Debtor and Debtor-in-Possession
**HAWAII ISLAND AIR, INC.**
**dba ISLAND AIR**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>HAWAII ISLAND AIR, INC. dba ISLAND AIR,<br><br>                Debtor. | CASE NO. 17-01078<br>(Chapter 11)<br><br>Docket No. 127 |

## DEBTOR'S SUBMISSION OF AMENDED SCHEDULES B, D AND G

HAWAII ISLAND AIR dba ISLAND AIR ("Debtor" or "Island Air"), hereby submits its Amended Schedules B, D and G ("Amended Schedules"), pursuant to 11 U.S.C. § 521, Rule 1007, F.R.Bk.P and this Court's Order Granting Motion to Extend Time to File Documents (Dkt. #77).

30467/1/2828573.2

Schedule B is amended to include Part 11, No. 74. The attached Schedule B does not include the attachments previously filed on November 11, 2017 (Docket No. 127).

Schedule D is amended in its entirety.

Schedule G is amended to include Nos. 2.2, 2.3, 2.4 and 2.5.

The undersigned has reviewed the Debtor's Amended Schedules, but makes no representation that the entries contained in the Amended Schedules are accurate or that the Amended Schedules have been prepared in accordance with generally accepted accounting principles. The Amended Schedules have been prepared with the records available to the Debtor at the time of preparation. The Debtor reserves the right to file amendments to the Amended Schedules pursuant to Rule 1009, F.R.Bk.P.

DATED: Honolulu, Hawaii, November 13, 2017.

/s/ Ted N. Pettit
TED N. PETTIT
ELLEN A. SWICK
Proposed Attorneys for
Debtor and Debtor-in-Possession
**HAWAII ISLAND AIR, INC.**
**dba ISLAND AIR**

2

30467/1/2828573.2

U.S. Bankruptcy Court - Hawaii   #17-01078   Dkt # 135   Filed 11/13/17   Page 2 of 15

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1. Accounts    $348,739.00

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.    $348,739.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. Deposits - see attached balance sheet as of August 31, 2017    $1,155,753.00

   7.2. MR deposits, funded and unfunded - see attached balance sheet as of August 31, 2017    $2,846,308.00

   7.3. Security Deposit/MR LC cash collateral - see attached balance sheet as of August 31, 2017    $2,494,757.00

Debtor  Hawaii Island Air, Inc.  Case number (If known) 17-01078

7.4. Restricted cash - see attached balance sheet as of August 31, 2017     $835,433.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**     $7,332,251.00
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 878,252.00 | - | 0.00 | = .... | $878,252.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**     $878,252.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Expendable parts and supplies - see attached balance sheet as of August 31, 2017 and separate Attachment for Part 5, No. 22 | | Unknown | | $251,557.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #17-01078   Dkt # 135   Filed 11/13/17   Page 4 of 15

Debtor  Hawaii Island Air, Inc.  Case number (If known) 17-01078
        Name

23. **Total of Part 5.** $251,557.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Furniture, fixtures and office equipment - see attached balance sheet as of August 31, 2017 and separate Attachment No. 7, Nos. 39, 41 and 44 | Unknown | | $663,768.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Ground Equipment - see attached balance sheet as of August 31, 2017 and separate Attachment No. 7, Nos. 39, 41 and 44 | Unknown | | $2,617,253.00 |
| | Flight Equipment - see attached balance sheet as of August 31, 2017 and separate Attachment No. 7, Nos. 39, 41 and 44 | Unknown | | $1,081,626.00 |
| | Expendable parts and supplies - see attached balance sheet as of August 31, 2017 and separate Attachment No. 7, Nos. 39, 41 and 44 | Unknown | | $3,698,879.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $8,061,526.00 |
| 44. | Is a depreciation schedule available for any of the property listed in Part 7?<br>■ No<br>☐ Yes | |
| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year?<br>■ No<br>☐ Yes | |

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 2014 RAM Proma, 2005 Toyota Sienna, 2007 Isuzu I290, 2012 Chevrolet Express, 2014 RAM Truck | Unknown | | Unknown |
| 48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 49.1. one Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4543 and United States Registration Number N681WP, one Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4546 and United States Registration Number N682WP, and one Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4554 | Unknown | | Unknown |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| 51. **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $0.00 |

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

| Debtor | Hawaii Island Air, Inc. | Case number (If known) | 17-01078 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. See attachment Part 9, No. 55 | | Unknown | | Unknown |

56. **Total of Part 9.** $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>Trade names: Island Air, service marks, operating certificates, websites | Unknown | | Unknown |

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.** $0.00
Add lines 60 through 65. Copy the total to line 89.

Debtor   **Hawaii Island Air, Inc.**          Case number (If known) **17-01078**
         Name

| | | |
|---|---|---|
| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107? | |
| | ■ No | |
| | ☐ Yes | |
| 68. | **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** | |
| | ■ No | |
| | ☐ Yes | |
| 69. | **Has any of the property listed in Part 10 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Claims against WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS OWNER TRUSTEE OF THE 4543 AIRCRAFT TRUST, 4546 AIRCRAFT TRUST, AND 4554 AIRCRAFT TRUST and ELIX ASSETS 8 LIMITED** | | Unknown |
| | Nature of claim | Wrongul termination of lease; misrepresentation and other claims | |
| | Amount requested | $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** Examples: Season tickets, country club membership | | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | | |
| | ■ No | | |
| | ☐ Yes | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #17-01078   Dkt # 135   Filed  11/13/17   Page 8 of 15

Debtor  Hawaii Island Air, Inc.  Case number (If known) **17-01078**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $348,739.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $7,332,251.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $878,252.00 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $251,557.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $8,061,526.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9......................> | | $0.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $16,872,325.00  + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $16,872,325.00 |

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** BOMBARDIER AIRCRAFT SERVICES
Creditor's Name
LOCKBOX 2007
COLLECTION DRIVE
Chicago, IL 60693-2007
Creditor's mailing address

Describe debtor's property that is subject to a lien
**OSI Parts**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Amount: **Unknown**   Value: **Unknown**

**2.2** CARBONVIEW LIMITED, LLC
Creditor's Name
101 Ignacio Valley Road, Ste. 320
Walnut Creek, CA 94596
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Senior secured loan**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Amount: **$2,000,000.00**   Value: **Unknown**

| Debtor | Hawaii Island Air, Inc. | Case number (if know) | 17-01078 |
|---|---|---|---|

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | CARBONVIEW LIMITED, LLC | Describe debtor's property that is subject to a lien | $3,375,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**101 Ignacio Valley Road, Ste. 320**
**Walnut Creek, CA 94596**
Creditor's mailing address

**Subordinated secured loan**

Describe the lien

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | PACAP AVIATION FINANCE LLC | Describe debtor's property that is subject to a lien | $2,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Creditor's mailing address

**Senior Secured Loan**

Describe the lien

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | WELLS FARGO BANK NORTHWEST, N.A. | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**OWNER/TRUSTEE 4543 AIRCRAFT TRUST \***
Creditor's mailing address

**Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4543 and United States Registration Number N681WP**

Describe the lien

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii    #17-01078    Dkt # 135    Filed 11/13/17    Page 11 of 15

| Debtor | Hawaii Island Air, Inc. | Case number (if know) | 17-01078 |
|---|---|---|---|

|  |  | Is the creditor an insider or related party? |  |  |
|---|---|---|---|---|
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | Is anyone else liable on this claim? |  |  |
|  | Date debt was incurred | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| 2.6 | **WELLS FARGO BANK NORTHWEST, N.A.**<br>Creditor's Name<br><br>**OWNER/TRSUTEE 4546 AIRCRAFT TRUST \*** | Describe debtor's property that is subject to a lien<br>**Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4546 and United States Registration Number N682WP** | Unknown | Unknown |
|---|---|---|---|---|
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | Is anyone else liable on this claim? |  |  |
|  | Date debt was incurred | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| 2.7 | **WELLS FARGO BANK NORTHWEST, N.A.**<br>Creditor's Name<br><br>**OWNER/AIRCRAFT 4554 AIRCRAFT TRUST** | Describe debtor's property that is subject to a lien<br>**Bombardier Inc. model DHC-8-402 aircraft bearing manufacturer's serial number 4554 and United States Registration Number N683WP** | Unknown | Unknown |
|---|---|---|---|---|
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | Is anyone else liable on this claim? |  |  |
|  | Date debt was incurred | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |  |  |

☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its relative     ■ Disputed
priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $7,375,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | See attachments 1, 2 and 3 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | See attached |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Storage Agreement to store five (5) used Aerospatiale and/or Aerospatiale/Alenia model ATR 72-212 aircraft with manufacturer's serial numbers 345, 349, 420, 425 and 434 each equipped with two (2) Pratt & Whitney Canada model PW 127 engines | |
| | State the term remaining | | WELLS FARGO BANK NORTHWEST, N.A. OWNER/TRUSTEE OF RESPECTIVE TRUSTS |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Lease | |
| | State the term remaining | | WELLS FARGO BANK NORTHWEST, N.A. OWNER/TRUSTEE 4546 AIR CRAFT TRUST |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Lease | WELLS FARGO BANK NORTHWEST, N.A. OWNER/TRUSTEE 4546 AIR CRAFT TRUST |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft Lease** | |
|---|---|---|---|
| | State the term remaining | | WELLS FARGO BANK NORTHWEST, N.A. OWNER/TRUSTEE 4554 AIR CRAFT TRUST |
| | List the contract number of any government contract | | |